UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TYSHAWN GOODE, et al.,

                     Plaintiffs,                  22-cv-9093 (PKC)

     -against-                                ORDER

STARBUCKS CORPORATION, et al.,

                     Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Within seven days, plaintiffs shall submit to Starbucks their full and complete Rule 26 Initial Disclosures, responses to defendant's First Set of Interrogatories and responses to defendant's first Requests for Production.  Any assertion by plaintiffs of attorney-client privilege or attorney work product shall be set forth in a log as required by Local Civil Rule 26.2.

        **IF PLAINTIFFS DO NOT FULLY COMPLY WITHIN SEVEN DAYS, STARBUCKS MAY MOVE TO DISMISS FOR FAILURE TO PROSECUTE.  RULE 37, FED. R. CIV. P.  THE PRE-MOTION LETTER REQUIREMENT IS WAIVED FOR ANY MOTION BY STARBUCKS THAT IS BASED ON PLAINTIFFS' NON-COMPLIANCE.**

        Assuming plaintiffs' full compliance within seven days, Starbucks may take one deposition of each plaintiff, and plaintiffs may take one deposition of a representative of Starbucks.  All depositions shall be completed by August 31, 2023.

- 2 -

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       July 13, 2023