

Joseph M. Hanna | Partner
Direct 716.566.5447 | jhanna@goldbergsegalla.com

November 14, 2023

*Via ECF*

Hon. P. Kevin Castel
Southern District of New York Judge
United States Courthouse
500 Pearl Street – Courtroom 11D
New York, New York 10007

    Re:    Goode, et al. v. Starbucks Corporation, et al.
            Civil Case No.: 1:22-cv-9093

Dear Judge Castel:

Our office represents defendant Starbucks Corporation d/b/a Starbucks Coffee Company ("Starbucks") in this action.

We respectfully write jointly with plaintiffs to request a one-week extension for Starbucks to file its pretrial submissions. Your Honor previously set the deadline as November 15, 2023 by Order dated October 19, 2023 [Dkt. 23]. The parties are jointly requesting this extension in light of significant momentum in our settlement discussions.

The parties only seek to extend the November 15, 2023 deadline and are not requesting an extension of the deadline for plaintiffs' submissions, which has been set as December 11, 2023. Thus, in the event that the parties are not able to resolve the case, the timeline for the completion of pretrial submissions will remain the same.

Respectfully submitted,

Joseph M. Hanna

JMH:sw

cc:

Counsel of Record

*[Handwritten annotation: Time for defendants to file final pretrial submission extended to November 22, 2023. SO ORDERED. /s/ USDJ 11-14-23]*

---

OFFICE LOCATION 665 Main Street, Buffalo, NY 14203-1425 | PHONE 716-566-5400 | FAX 716-566-5401 | www.goldbergsegalla.com
CALIFORNIA | CONNECTICUT | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA